# JS - 6 / ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 14 2011
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SAMUEL KWAME AMANKRAH, <br>     Petitioner, <br>     v. <br> F.X. CHAVEZ, Warden, <br>     Respondent. | Case No. EDCV 11-0701-CAS (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: October 13, 2011

*Christina A. Snyder*
Honorable Christina A. Snyder
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 14 2011
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY